# United States Court of Appeals for the Federal Circuit

---

**IN RE: EXPRESS MOBILE, INC.,**
*Appellant*

---

2023-1076

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,615.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 29, 2024
Date

Jarrett B. Perlow
Clerk of Court